# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

140835

MARVIN MORRIS and LOUISE MORRIS,
    Plaintiffs-Appellants,

v

HOMEQ SERVICING CORPORATION, d/b/a
BARCLAYS CAPITAL REAL ESTATE, INC.,
    Defendant-Appellee.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 140835
COA: 288631
Wayne CC: 08-109769-CH

On order of the Court, the application for leave to appeal the February 16, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

s0621

_____
Clerk